IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -3 PM 2: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.                                                                Cr. No. 05-20183-Ma

FREDERICK GWYNN

### ORDER SPECIFYING PERIOD OF
### DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Attorney Pam Hamrin, on behalf of Attorney Ned Germany, requested a two weeks' continuance of this matter as Attorney Germany may need to explore the necessity for the defendant to undergo a mental examination, and Attorney Hamrin was not prepared to continue with the arraignment until that issue is resolved. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay to allow continuity of counsel and effective preparation.

IT IS THEREFORE ORDERED that the time period of June 1, 2005 through June 15, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, to allow the defendant continuity of counsel and effective preparation.

**ARRAIGNMENT IS RESET TO WEDNESDAY, June 15, 2005 at 9:30 a.m. BEFORE MAGISTRATE JUDGE TU M. PHAM.**

S. Thomas Anderson
U.S. Magistrate Judge

Date: June 02, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20183 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT