IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 7-22-05
TIME: @ 2:13 p.m.
INITIALS: AP

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Cr. No. 05-20183-Ma

FREDERICK GWYNN,

    Defendant.

---

## ORDER FOR EVALUATION OF DEFENDANT
## PURSUANT TO 18 U.S.C. § 4241

---

For good cause shown and without objection by the government, the Court hereby **GRANTS** defendant's oral motion for evaluation pursuant to 18 U.S.C. § 4241. Defendant shall be transferred to a Federal Medical Facility that is available to determine defendant's competency to stand trial.

IT IS SO ORDERED this **22nd** day of July, 2005.

                                                HONORABLE SAMUEL H. MAYS
                                                UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 7-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20183 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT