IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP -6 AM 8: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20183-Ma

FREDERICK GWYNN,

    Defendant.

---

ORDER GRANTING MOTION TO EXTEND EVALUATION DEADLINE

---

On July 22, 2005, the court entered an order for mental health evaluation of the defendant.  Defendant was transported to the Federal Detention Center at Miami, Florida.  The clinical staff has requested additional time to complete the examination of the defendant.  For good cause shown, the request is granted and the Federal Detention Center at Miami, Florida, shall have until September 15, 2005, to complete the mental health evaluation of the defendant.

It is so ORDERED this 2d day of September, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20183 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT